# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CARLOS MUHAMMAD, | : No. 83 EM 2014 |
| Petitioner | : |
| v. | : |
| COMMON PLEAS COURT OF PHILADELPHIA COUNTY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of August, 2014, the "Notice of Appeal <u>Nunc Pro Tunc</u>" is **DENIED**.